# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONOPAH SOLAR ENERGY, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,

Appellant,

vs.

BRAHMA GROUP, INC., A NEVADA
CORPORATION,

Respondent.

No. 78092

**FILED**

SEP 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Chief Judge, The Fifth Judicial District Court
Hon. Steven Elliott, Senior Judge
Lansford W. Levitt, Settlement Judge
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
Peel Brimley LLP/Henderson
Nye County Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

22-28234